U.S. Department of Justice                                                                    Criminal Docket
Washington, D.C.
7/20/2017/lyl

---

<u>  McALLEN  </u>  Division                    CR. No. <u>       M-17-0982-S2       </u>

**INDICTMENT** Filed: July 5, 2017
**SUPERSEDING INDICTMENT** Filed: August 1, 2017
**2ND SUPERSEDING INDICTMENT** Filed: September 12, 2017          Judge <u>  MICAELA ALVAREZ  </u>

County:  Hidalgo
Lions #:  **2017R08335**                                   Attorneys:
UNITED STATES OF AMERICA                                   ABE MARTINEZ, ACTING U.S. ATTORNEY

v.                                                         JUAN F. ALANIS, ASST. U.S. ATTORNEY

<u>ADVENTO BARRERA, JR.</u>                    Cts. 1-3         Darrell L. Bryan, FPD, (956) 630-2995
*Custody:  7/11/2017*
<u>BENITO ESTEBAN MUNOZ, JR.</u>              Cts. 1 & 3       David Alan Higdon, Apt'd, (956) 682-3451
*Custody:  8/9/2017*
<u>JULIAN JASSO</u>        **--WARRANT--**     Cts. 1 & 3

Charge(s):

| | | |
|---|---|---|
| | Ct. 1: | Conspiracy to possess with intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.<br>Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B). |
| | Ct. 2: | Possession with intent to distribute 100 kilograms or more, that is, approximately 284 kilograms of a mixture or substance containing a detectable amount of marijuana.<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2. |
| | Ct. 3: | Possession with intent to distribute 100 kilograms or more, that is, approximately 215 kilograms of a mixture or substance containing a detectable amount of marijuana.<br>Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2. |

Total
Counts
**(3)**

Penalty:      Cts. 1-3:    Imprisonment for 5 yrs. to 40 yrs. and/or a $5,000,000.00 fine and at least a 4 yr.
                           SRT (as to each count)

Agency:      Homeland Security Investigations – Antonio Marin – FD13MR16FD0011

                                          Proceedings
Date